# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

| | |
|---|---|
| United States of America<br>v.<br>**LOREDANA BACEANU**<br>(DOB: 11-02-87)<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 18-mj-2080 DPR<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of October 23, 2018 in the county of Christian in the Western District of Missouri, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1029(a)(3) | On or about October 23, 2018, in the Western District of Missouri, the defendant LOREDANA BACEANU, knowingly, and with intent to defraud, possessed at least 15 unauthorized access devices, that is, approximately 49 re-encoded magnetic strip gift cards, and the offense affected interstate commerce, in violation of 18 U.S.C. § 1029(a)(3). |

This criminal complaint is based on these facts:

See Attached Affidavit of Senior Special Agent Jason Ruyle, United States Secret Service

☑ Continued on the attached sheet.

*Complainant's signature*

Jason Ruyle, Senior Special Agent United States Secret Service
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/26/18

*Judge's signature*

City and state: Springfield, Missouri — David P. Rush, U.S. Magistrate Judge
*Printed name and title*